**Dismissed and Opinion Filed March 15, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00891-CV

**METROPLEX REALTY LLC, DALLAS FORT WORTH REAL ESTATE
GROUP, LLC D/B/A THE AZBELL GROUP, METROPLEX REALTY
FINANCIAL CORP., AND CARL AZBELL D/B/A THE AZBELL GROUP,
D/B/A THE BURGESS REAL ESTATE GROUP, D/B/A METROPLEX
REALTY DALLAS GROUP, D/B/A METROPELX REALTY DALLAS,
D/B/A METROPLEX REALTY GALVESTON GROUP, D/B/A
METROPLEX REALTY HOUSTON GROUP, D/B/A RAD HOME TEAM,
Appellants
V.
MADISON SEMLER, Appellee**

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-22-17309**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Smith
Opinion by Justice Partida-Kipness

This appeal from a summary judgment order was filed by Carl Azbell, a non-

attorney.[1] Because the summary judgment order did not state it disposed of all parties

---

[1] Included as appellants in the caption of the notice of appeal were Does 1 through 10. We note the record reflects Does 1 through 10 were named defendants in appellee's original petition but were not named defendants in appellee's first amended petition, which was appellee's live pleading. Their omission from the amended petition had the effect of dismissing them from the suit. *See Johnson v. Coca-Cola Co.*, 727

and claims, and the record reflected it in fact did not, we questioned our jurisdiction over this appeal. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195, 205 (Tex. 2001) (generally, appeal may only be taken from final judgment, and when judgment does not follow conventional trial on merits, judgment is final only if it actually disposes of all parties and claims or states clearly and unequivocally that it finally disposes of all parties and claims).

In response to our request for jurisdictional briefing, Mr. Azbell filed a letter brief, but nothing in the letter brief demonstrates we have jurisdiction over the appeal.[2] Accordingly, on the record before us, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a); *Lehmann*, 39 S.W.3d 195, 205.

230891f.p05

/Robbie Partida-Kipness/

ROBBIE PARTIDA-KIPNESS
JUSTICE

---

S.W.2d 756, 758 (Tex. App.—Dallas 1987, writ ref'd n.r.e.). Having been dismissed from the underlying suit, they are not parties to this appeal.

[2] We note that on September 20, 2023, shortly after the appeal was filed, we ordered the corporate appellants to file a notice of designation of counsel in accordance with Texas Rule of Appellate Procedure 6.1(c). *See* TEX. R. APP. P. 6.1(c). We explained that, because nothing before us reflected Mr. Azbell was a licensed attorney, he could not represent them. *See* TEX. GOV'T CODE ANN. § 81.102 (limiting practice of law to persons admitted to the state bar and those permitted by supreme court rules); *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam) (corporation may be represented in court only by licensed attorney). Although we cautioned that further action in this appeal on behalf of the corporate appellants could only be taken by a licensed attorney, they failed to obtain counsel, and the letter brief Mr. Azbell filed was filed not just on his behalf, but their behalf also. In the letter brief, Mr. Azbell requests additional time to find counsel. Given our disposition of the appeal, we deny the request.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

METROPLEX REALTY LLC,
DALLAS FORT WORTH REAL
ESTATE GROUP, LLC D/B/A THE
AZBELL GROUP, METROPLEX
REALTY FINANCIAL CORP.,
AND CARL AZBELL D/B/A THE
AZBELL GROUP, D/B/A THE
BURGESS REAL ESTATE
GROUP, D/B/A METROPLEX
REALTY DALLAS GROUP, D/B/A
METROPLEX REALTY DALLAS,
D/B/A METROPLEX REALTY
GALVESTON GROUP, D/B/A
METROPLEX REALTY
HOUSTON GROUP, D/B/A RAD
HOME TEAM, Appellants

No. 05-23-00891-CV          V.

MADISON SEMLER, Appellee

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-17309.
Opinion delivered by Justice Partida-
Kipness, Justices Nowell and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Madison Semler recover her costs, if any, of this appeal from appellants Metroplex Realty LLC, Dallas Fort Worth Real Estate Group, LLC d/b/a The Azbell Group, Metroplex Realty Financial Corp., and Carl Azbell d/b/a The Azbell Group, d/b/a The Burgess Real Estate Group, d/b/a Metroplex Realty Dallas Group, d/b/a Metroplex Realty Dallas, d/b/a Metroplex

–3–

Realty Galveston Group, d/b/a Metroplex Realty Houston Group, d/b/a Rad Home Team.

Judgment entered this 15th day of March, 2024.